DAUGHERTY et al. v. BROWN. (Circuit Court of Appeals, Eighth Circuit. August 17, 1903.) No. 1,972. In Error to the Circuit Court of the

United States for the Western District of Missouri. W. D. Tatlow, C. W. Hamlin, and John D. Porter, for defendant in error. Writ of error docketed and dismissed, with costs, pursuant to rule 16, on motion of defendant in error.